IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE BUTLER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:12-cv-669-TMH |
| | )   [wo] |
| JACKSON HOSPITAL, | ) |
| | ) |
|    Defendant. | ) |

**OPINION and ORDER**

On August 23, 2012, the Magistrate Judge filed a Recommendation in this case to dismiss the action without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) because the court has no jurisdiction over this action. (Doc. 8). No objections have been filed to the Recommendation. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this the 3rd day of October, 2012.

                                   /s/ Truman M. Hobbs
                                   TRUMAN M. HOBBS
                                   SENIOR UNITED STATES DISTRICT JUDGE